FILED
CLERK, U.S. DISTRICT COURT
MAY 1 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. JEFFERSON, | ) NO. CV 08-2762-jsl (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| J. DOVEY, et al., | ) |
| Respondents. | ) |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 12, 2008.

_Spencer Letts_
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE